

## NUMBER 13-08-00188-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**McALLEN INDEPENDENT SCHOOL DISTRICT,**　　　　　　　**Appellant,**

**v.**

**ANNA M. RUBIO,**　　　　　　　　　　　　　　　　**Appellee.**

**On appeal from County Court at Law No. 1
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to reverse and remand for further consideration by the trial court. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to reverse, without regard to the merits, the trial court's order denying the appellant's plea to the jurisdiction and remand this case for further action by the trial court.

We REVERSE the trial court's order denying appellant's plea to the jurisdiction without reference to the merits, and REMAND this case to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

In accordance with the agreement of the parties, costs are taxed against the party incurring same.

PER CURIAM

Memorandum Opinion delivered and
filed this the 23rd day of October, 2008.